Livingston *v.* Fitzgerald.

---

SAME TERM.   *Before the same Justice.*

LIVINGSTON *vs.* FITZGERALD.

The act of November 22d, 1847, forbidding the imprisonment of any person for interlocutory costs, does not apply to those cases of contempt where a party may be fined for any misconduct productive of an actual loss or injury to the other party.

IN EQUITY. This was a motion for an attachment against the defendant for not appearing before a referee and taking an assignment to a receiver, and for not paying the costs growing out of his previous default in the case.

*W. C. Schuyler,* for the plaintiff.

The People v. Steele.

EDMONDS, J.    The act of November 22d, 1847, forbidding the imprisonment of any person for interlocutory costs, (*Laws of* 1847, *p.* 491, § 2,) does not apply to those cases of contempt where a party may be fined for any misconduct productive of an actual loss or injury to the other party.    A fine of $20 must be imposed and an attachment awarded.

SAME TERM.    *Before the same Justice.*